FILED
2014 Feb-21 PM 02:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

| | |
|---|---|
| **RUBY ELLEN LANGFORD,** | } |
| Plaintiff, | } |
| v. | }  Case No.:  6:12-cv-3470-RDP |
| **CAROLYN W. COLVIN,** Commissioner of Social Security, | } |
| Defendant. | } |

## MEMORANDUM OPINION

The Magistrate Judge entered his Report and Recommendation (Doc. #15) on January 21, 2014, recommending that this case be reversed and remanded to the administrative law judge for further consideration. The parties were allowed fourteen (14) days in which to file objections. No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and is hereby **ADOPTED** and his Recommendation is **ACCEPTED**. A order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this February 21, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE